SEND, ENTER

FILED
CLERK, U.S. DISTRICT COURT
APR - 1 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
APR - 1 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN A. HUPPE,<br><br>Plaintiff(s),<br><br>vs<br><br>LAWRENCE LEE, et al.,<br><br>Defendant(s). | CV 04-7611-RGK (FMOx)<br><br><br>**ORDER OF DISMISSAL** |

On March 18, 2005 this Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution as to defendant Applied DNA Sciences, Incorporated. A written response to the Order to Show Cause was ordered to be filed no later than March 28, 2005.

As of this date, there has been no response by the plaintiff to this Court's order. IT IS ORDERED AND ADJUDGED that defendant Applied DNA Sciences, Incorporated is dismissed without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: 03·31·05

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)