P-SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CV 04-7611-RGK (FMOx) | Date September 15, 2005 |
| Title | *MAUREEN HUPPE v. LAWRENCE LEE* | |

Present: The Honorable    R. GARY KLAUSNER, U.S. DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not Present      Not Present

**Proceedings:**    (IN CHAMBERS) PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DE 45)

The Court hereby advises counsel that the above-referenced motion set for hearing on September 19, 2005 at 9:00 a.m. is **UNDER SUBMISSION** and taken off the motion calendar. Furthermore, no appearance by counsel is necessary. The Court will issue a ruling after full consideration of the submitted pleadings.

**IT IS SO ORDERED.**

Initials of Preparer    slw

DOCKETED ON CM
SEP 16 2005