UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN A. HUPPE,<br>    Plaintiff,<br>v.<br>LAWRENCE LEE,<br>    Defendant,<br>-and-<br>APPLIED DNA SCIENCES, INC.<br>    Nominal Defendant. | Case No. CV 04-7611 RGK(FMOx)<br><br>[PROPOSED] ENTRY OF JUDGMENT |

Pursuant to Fed.R.Civ.P. 58(a), JUDGMENT IS HEREBY ENTERED in favor of Plaintiff in the amount of $245,910.90.

Dated: OCT 19 2005

Hon. R. Gary Klausner
United States District Judge

Submitted by:

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY #134180
PETER A. BINKOW #173848
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

MARK S. GOLDMAN
GOLDMAN SCARLATO & KARON, P.C.
101 W. Elm Street, Suite 360
Conshohocken, PA 19428
Telephone: (484) 342-0700
Facsimile: (484) 342-0701

DANIEL E. DOHERTY
LAW OFFICE OF DANIEL E. DOHERTY
8500 College Blvd., Suite 113
Overland Park, KS 66210
Telephone: (913) 338-7182
Facsimile: (913) 338-7164

Attorneys for Plaintiff Maureen A. Huppe

ORIGINAL

## PROOF OF SERVICE VIA MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On October 18, 2005, I served the following documents described as:

1. **APPLICATION UNDER RULE 58 FOR ENTRY OF JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

2. **[PROPOSED] ENTRY OF JUDGMENT**

on counsel for the parties in this action, addressed as stated below:

Mark S. Goldman
Goldman Scarlato & Karon, PC
101 West Elm Street Suite 360
Conshohocken, PA 19428
Telephone: (484) 342-0700
Facsimile: (484) 342-0701

Daniel E. Doherty
Law Office of Daniel E. Doherty
Commerce Plaza I, Suite 700
7300 W. 110th Street
Overland Park, KS 66210
Telephone:   (816) 448-3730
Facsimile:   (816) 448-3790

Applied DNA Sciences, Inc.
c/o Karin Klemm, COO
9229 West Sunset Blvd., Suite 830
Los Angeles, CA 90069

Brian Jacobs
467 South Arnez Drive, #319A
Los Angeles, CA 90048
Telephone:   (310) 770-6874
Facsimile:   (818) 981-3174

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 18, 2005, at Los Angeles, California.

_____
Kyaa D. Heller