Name: Brian J. Jacobs
Address: 467 South Arnaz Drive, Suite 319A
City, State, Zip: Los Angeles, California 90048
Phone: (310) 770-6874
Fax: (310) 858-6489
E-Mail: brianjacobs21@yahoo.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

Bill _____
Fees Pd _____
Frms Gvn _____
CAD _____
TDO _____

FILED
2005 NOV 21 PM 3:58
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MAUREEN A. HUPPE,

PLAINTIFF(S),

v.

LAWRENCE LEE and APPLIED DNA SCIENCES, INC.,

DEFENDANT(S).

CASE NUMBER:
CV 04-7611 RGK(FMOx)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____Lawrence Lee_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(b)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(c)(5)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
   Entry of Judgment, filed October 19, 2005

☐ Other (specify):

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE
DATED: 11-28-05
DEPUTY CLERK

Entered in this action on ___October 20, 2005___.

A copy of said judgment or order is attached hereto.

DOCKETED ON CM
NOV 23 2005
BY ____ 032

November 21, 2005
Date

Signature
☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

67

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (10/01)                                    NOTICE OF APPEAL

```
11/21/2005 4:02:46 PM Receipt #: 00266
                 Cashier : NPONCE [LA 1-1]
Paid by:
2:CV04-7611
2006-006900              Appeals Filing Fees(1)
Amount :                                 $105.00
2:CV04-7611
2006-510000Judicial Services ($150.00)(1)
Amount :                                 $150.00
Cash Payment :                            260.00
Total Payment :                           255.00
Change :                                    5.00
```

| SHORT TITLE | CASE NUMBER |
|---|---|
| LAWRENCE LEE v. MAUREEN A. HUPPE | CV 04-7611RGK(FMOx) |

# DECLARATION OF MAILING

*INSTRUCTIONS: Only a person who is age 18 years or older and **not** a party to this action can serve document copies by mail. (Code Civ. Proc., § 1013a.) An unsigned copy of this Declaration of Mailing must be attached to and mailed with the copies. After the copies are deposited in the mail, the person who mailed them must fill out and sign this form attached as the last page of the originals for filing. (Code Civ. Proc., § 1013(b).) **WARNING: Falsifying this form can be a felony, punishable by imprisonment in state prison.** (Pen. Code, §§ 118 & 126).*

1. I am employed in, or a resident of, the county in which this mailing occurred, and not a party to this action. At the time of mailing, I was at least 18 years of age or older;

2. I am readily familiar with the practice at the residence or business address shown below for collection and processing of correspondence for mailing with the United States Postal Service, which causes it to be sealed and deposited with said Postal Service with the postage prepaid the same day it is mailed or placed for collection and processing.

3. My ☐ residence ☑ business address and telephone number are as follows:

| ADDRESS | TELEPHONE NUMBER |
|---|---|
| 467 South Arnaz Drive | ( 310 ) 770-6874 |
| CITY, STATE AND ZIP CODE | |
| Los Angeles California 90048 | |

4. I served the below document(s) by ☑ personally sealing and mailing with postage prepaid, ☐ placing for collection and mailing following ordinary business practices, true copies to the addressed as shown, on the date and at the place shown, in envelope(s) sealed, or to be sealed in the ordinary course of business, and addressed as follows:

Peter A. Binkow, Esq.
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 111
Los Angeles, CA 90067

Mark S. Goldman, Esq.
Goldman, Scarlato & Karon, P.C.
101 West Elm Street, Suite 360
Conshohocken, PA 19248

Daniel E. Doherty, Esq.
Law Office of Daniel E. Doherty
8500 College Bouluvad, Suite 113
Overland Park, KS 66210

| DATE MAILED | PLACE OF MAILING (City and state) |
|---|---|
| November 21, 2005 | Los Angeles, California |

5. Exact title(s) of document(s) served: Notice of Appeal

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

| DATED | TYPE OR PRINT NAME OF PERSON WHO DID MAILING | SIGNATURE OF PERSON WHO DID MAILING |
|---|---|---|
| November 21, 2005 | Brian J. Jacobs | /s/ |

CIV 143 03-04
LASC Approved

**DECLARATION OF MAILING**

Code Civ. Proc., § 1013